NATIONAL DRUG COMPANY v. J. B. McCREARY, SHERIFF, AND CASEY MYERS, DEPUTY SHERIFF AND A. R. MYERS, SURETY.

(Filed 9 November, 1932.)

APPEAL by defendants from *Harding, J.,* at February Term, 1932, of FORSYTH. No error.

Judgment was rendered upon the following verdict and the defendants appealed:

Was the plaintiff injured by the negligence of the defendants in failing to serve the execution upon the Eureka Drug Company and levy upon the property of the Eureka Drug Company as alleged? Answer: Yes.

What damage, if any, is the plaintiff entitled to recover? Answer: $263.72.

*Manly, Hendren & Womble for plaintiff.*
*Ellege & Wells and Fred S. Hutchins for defendants.*

PER CURIAM. We find no error that would entitle the defendants to a nonsuit or a new trial.

No error.